M HN

**RECEIVED**

SEP 0 2 2008
SEP 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America ex rel.

ERUBY ABREGO #R-34111
(Full name and prison number)
(Include name under which convicted)

PETITIONER

vs.

TERRY L. McCANN - WARDEN
(Warden, Superintendent, or authorized
person having custody of petitioner)

RESPONDENT, and

(Fill in the following blank **only** if judgment
attacked imposes a sentence to commence
in the future)

ATTORNEY GENERAL OF THE STATE OF

_____
(State where judgment entered)

08CV4978
JUDGE ZAGEL
MAG. JUDGE MASON

Case Number of State Court Conviction:

99 CR 9739 (02)

**PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY**

1. Name and location of court where conviction entered: Circuit Court of Cook County, Chicago, Illinois

2. Date of judgment of conviction: October 29, 2004

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
   1-Count First Degree Murder/1-Count Aggravated Battery with a firearm.

4. Sentence(s) imposed: (60)-Years and (30)-years imprisonment.

5. What was your plea? (Check one)   (A) Not guilty     (X)
                                      (B) Guilty         ( )
                                      (C) Nolo contendere ( )

   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

Revised: 7/20/05

## PART I – TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):   Jury (X)   Judge only ( )

2. Did you testify at trial?   YES (X)   NO ( )

3. Did you appeal from the conviction or the sentence imposed? YES (X) NO ( )

   (A) If you appealed, give the

   (1) Name of court: First District-Appellate Court of Illinois. No. 1-04-3259

   (2) Result: Denied/Affirmed

   (3) Date of ruling: April 2007 ?

   (4) Issues raised: Denied Due Process Right to Present a Defense/Trial Court Erred and abused Discretion when Jury requested Transcript/Prejudicial Error when Jury shown Gruesome Photographs that were not probative of any Facts at Issue/Trial Court Abused Discretion in Sentencing a first-time offender to 90-years imprisonment/and-730 ILCS 5/5-4-3 (2004) violates Right to be free of Unreasonable Searches and Seizures.

   (B) If you did not appeal, explain briefly why not:

4. Did you appeal, or seek leave to appeal, to the highest state court? YES (X)   NO ( )

   (A) If yes, give the

   (1) Result: Leave to Appeal Denied

   (2) Date of ruling: October 1, 2007 ?

   (3) Issues raised: Same as above.

   (B) If no, why not:

5. Did you petition the United States Supreme Court for a writ of *certiorari*? Yes ( ) No (X)

   If yes, give (A) date of petition: _____ (B) date *certiorari* was denied: _____

**PART II – COLLATERAL PROCEEDINGS**

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

    YES (X)   NO ( )

    With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

    A. Name of court: <u>Circuit Court of Cook County, Illinois (Chicago)</u>

    B. Date of filing: <u>Approx. June 20th, 2008 (When Mailed to Court)</u>

    C. Issues raised: <u>Denied Sixth Amendment Right to Counsel/Ineffective</u>
    <u>Assistance of counsel.</u>

    D. Did you receive an evidentiary hearing on your petition?    YES ( )   NO (X) (Case Pending)

    E. What was the court's ruling? (Circuit Court's Initial Ruling Pending) But Due to Filing Deadline of 28 U.S.C. § 2254, Petitioner files this Petition
    F. Date of court's ruling:   to avoid any Default based on Time-Limitation and the District Court can Stay these proceedings pending the outcome in
    G. Did you appeal from the ruling on your petition?   YES ( )   NO ( )   State Court.

    H. (a)   If yes, (1) what was the result?   U/A

           (2) date of decision:

       (b)   If no, explain briefly why not:

    I. Did you appeal, or seek leave to appeal this decision to the highest state court?

       YES ( )   NO ( )   U/A

       (a)   If yes, (1) what was the result?

             (2) date of decision:

       (b)   If no, explain briefly why not:

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES ( )   NO (X)

   A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

      1. Nature of proceeding    _____

      2. Date petition filed    _____

      3. Ruling on the petition    _____

      4. Date of ruling    _____

      5. If you appealed, what was the ruling on appeal?    _____

      6. Date of ruling on appeal    _____

      7. If there was a further appeal, what was the ruling ?    _____

      8. Date of ruling on appeal    _____

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court?**   YES ( )   NO (x)

   A. If yes, give name of court, case title and case number: _____

   B. Did the court rule on your petition? If so, state

      (1) Ruling: _____

      (2) Date: _____

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?   YES (X)   NO ( )

If yes, explain: Petitioner filed a Post-Conviction Petition in the Circuit Court of Cook County, Illinois claiming he was denied his right to counsel prior to obtaining an incriminating Statement and Ineffective Assistance of Counsel Claims, The Petition was filed (Mailed) June 20th, 2008. The Court has made no rulings, But due to Time-Limitations on Federal Habeas Corpus (28 U.S.C. § 2254) Petitioner needed to avoid any possible Default arguments in that regard.

## PART III – PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one  Denied Due Process Right to Present a Defense.
Supporting facts (tell your story briefly without citing cases or law):

[SEE ATTACHED CLAIM IN ATTACHED MEMORANDUM OF LAW IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS].

(B) Ground two  Trial Court Erred and Abused Discretion when Jury
Supporting facts:  Requested Transcript which denied Petitioner Due Process and Equal protection of Law.

[SEE ATTACHED CLAIM IN ATTACHED MEMORANDUM OF LAW IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS].

(C) Ground three <u>Petitioner subjected to prejudicial error when Jury Shown</u>
Supporting facts: <u>Gruesome Photographs that were not probative of any Facts at Issue and denied Petitioner a Fair Trial.</u>

<u>[SEE ATTACHED CLAIM IN ATTACHED MEMORANDUM OF LAW IN SUPPORT OF</u>
<u>PETITION FOR WRIT OF HABEAS CORPUS].</u>

(D) Ground four <u>Trial Court Abused Discretion violating Equal Protection and</u>
Supporting facts: <u>Due Process when Court Sentenced FirstTime Offender to Maximum Sentence of 90-years.</u>

<u>[SEE ATTACHED CLAIM IN ATTACHED MEMORANDUM OF LAW IN SUPPORT OF</u>
<u>PETITION FOR WRIT OF HABEAS CORPUS].</u>

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?

   YES ( )   NO ( )

3. If you answered "NO" to question (2), state <u>briefly</u> what grounds were not so presented and why not:

## PART III – PETITIONER'S CLAIMS

1. State <u>briefly</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(E) Ground Five: 730 ILCS 5/5/-4-3 (2004) is Unconstitutional and violates
Supporting facts (tell your story <u>briefly</u> without citing cases or law): 4th Amendment.

[SEE ATTACHED CLAIM IN ATTACHED MEMORANDUM OF LAW IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS].

(F) Ground Six: Denied Sixth Amendment right to counsel.
Supporting facts:

[SEE ATTACHED CLAIM IN ATTACHED MEMORANDUM OF LAW IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS].

Revised: 7/20/05

(G) X(X) Ground Seven: Denied Effective Assistance of Counsel.
Supporting facts:

[SEE ATTACHED CLAIM IN ATTACHED MEMORANDUM OF LAW IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS].

~~X(H)X Ground four XXXXX~~
Supporting facts:

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?

YES ( ) NO (X) (Not those Pending in State Court on Post-Conviction)

3. If you answered "NO" to question (2), state briefly what grounds were not so presented and why not:

Grounds Seven and Eight---Circuit Court has not made any Rulings and Waiting may Default Petitioners Filing Deadlines under 28 U.S.C. § 2254.

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing _____

(B) At arraignment and plea _____

(C) At trial  Mr. Epstein

(D) At sentencing  Mr. Epstein

(E) On appeal  SHAWN O'TOOLE, Asst. Public Defender 23 North LaSalle St- 24th Floor, Chicago, Illinois 6061

(F) In any post-conviction proceeding _____

(G) Other (state): _____

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )   NO (X)

Name and location of the court which imposed the sentence: _____

Date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on:  8-8-08
(Date)

Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of petitioner)

R-34111
(I.D. Number)
Stateville Correctional Center, P.O. Box 112
Joliet, Illinois 60434-0112
(Address)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) <br> ERUBY ABREGO #R-34111, ) <br>   ) <br> Petitioner, ) <br>   ) <br> -Vs- ) <br>   ) <br> TERRY L. McCANN - WARDEN, ) <br> Stateville Correctional Center, ) <br>   ) <br> Respondent. ) | No: _____ <br> (Supplied by Clerk of Court) <br><br> The Honorable <br> _____ <br> Judge Presiding. |

PRO-SE MEMORANDUM OF LAW IN SUPPORT OF

PETITION FOR WRIT OF HABEAS CORPUS


Pro-se: *[signature]*
ERUBY ABREGO #R-34111
Stateville Correctional Center
P.O. Box 112
Joliet, Illinois 60434-0112

-10-

TABLE OF CONTENTS Page

I. INTRODUCTION.................................................................. 13

II. HABEAS CORPUS REVIEW....................................................... 14

    A. Introduction............................................................. 14

    B. History of the "Great Writ"............................................. 15

    C. Nature and Procedure of a Habeas Corpus Action.......................... 22

        1. Applicable Procedural Principles.................................. 23

            a. "Fair Presentment"(The Sine Qua Non of "Exhaustion"). 24

            b. "Cause and Prejudice"........................................ 30

            c. "Miscarriage of Justice"..................................... 35

    D. The allegations of this Petition must be Accepted as True. 36

III. STANDARDS OF REVIEW........................................................ 37

    A. Applicability of the AEDPA (A Threshold Question)....................... 37

        1. The AEDPA Does Not Apply Unless There Was an Adjudication on the Merits"..................................... 38

        2. The AEDPA Does Not Apply Unless There Were "Findings of Fact" By the State Court............................ 38

        3. The AEDPA Does Not Apply If Its Application Causes An Unconstitutional Result........................................ 39

    B. Standards for Deciding a Claim under the AEDPA.......................... 39

    C. Right to an Evidentiary Hearing......................................... 45

CLAIM I

The Trial Court Denied Petitioner His Due Process Right to Present a Defense When it Ruled Following a Chambers Hearing That Elizabeth Montalvo Could Not Testify as to a Jason Rodriguez's Admission That He, and Not Petitioner, Shot Garcia and Lugo, Where the Admission was Sufficiently Trustworthy. The Court further Infringed on the Petitioner's Rights when it Ruled that, Although Montalvo was Unavailable to Testify At Trial, Neither the Hearsay Nor Non-Hearsay Portion of Montalvo's Testimony From the Chambers Hearing Could Be Introduced Into Evidence at Trial........................................ 49

    A. <u>The trial court erred in prohibiting Montalvo from testifying at trial where her testimony met the standards for admission enunciated in "Chambers", as measured by the four "Chambers factors for reliability.</u>............................................... 59

|  |  | Page |
|---|---|---|
| B. | The trial court erred in prohibiting the defense from introducing Montalvo's testimony at the hearing into evidence where Montalvo was unavailable and had been subject to cross-examination.................................................... | 58 |

CLAIM II

Petitioner was Denied His Right To Due Process and a Fair Trial when the Trial Court Erred where it Refused to Exercise Its Discretion or Seek Clarification When the Deliberating Jury Requested a Transcript From Petitioner's Bond Hearing, Which Established That Petitioner had Scratches and Bruises on His Body, Especially Where the Court had Previously Granted Three Requests by the Jury to View Evidence Helpful to the State................. 66

CLAIM III

Petitioner was Denied His Right to Due Process, Equal Protection and Rights to a Fair Trial where the Trial Court allowed the Admission of Gruesome Photographs Depicting the Deceased's Brain and Skull from the Autopsy which were extremely Prejudicial, As the Photographs Were Not Probative of Any Facts At Issue......... 75

CLAIM IV

Petitioner was denied His Right to Due Process and Equal Protection and Rights Guaranteed by the Constitution when the State Court Abused Its Discretion In Sentencing Petitioner who was a First-Time Offender to a maximum 90-Year Term of Imprisonment which is disportionate to the Offense and Others Sentenced under the same circumstances.... 83

CLAIM V

Petitioner was denied his Constitutional Right to be Free of Unreasonable Searches and Seizures where 730 ILCS 5/5-4-3 (2004) is Unconstitutional.................................................. 90

CLAIM VI

Petitioner was denied his Sixth Amendment Right to Counsel Where Police Interrogated Him Following his Arrest And Request for Counsel.................................................................... 92

CLAIM VII

Petitioner was Denied His Sixth Amendment Right to Counsel Where his Trial Attorney Failed to Investigate and File a Motion to Suppress His Confession on the Ground That Petitioner Requested Counsel Following his Arrest and Prior to Interrogations......... 99

CONCLUSION............................................................. 103