MHU

**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

FILED
SEP - 2 2008
SEP - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** United States ex. rel
ERUBY ABREGO

**Defendant(s):** TERRY L. McCANN, etc.

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**
Eruby Abrego
R-34111
Stateville - STV
P.O. Box 112
Joliet, IL 60434

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph, 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV4978**
**JUDGE ZAGEL**
**MAG. JUDGE MASON**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** /s/  **Date:** 9/2/08